**Michael A. LEWIS, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 54137.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 2, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 12, 1988.

Application to Transfer Denied
Nov. 15, 1988.

Elizabeth R. Brown, St. Louis, for movant-appellant.

William L. Webster, Atty. Gen., Elizabeth Levin Ziegler, Jefferson City, for respondent.

**ORDER**

PER CURIAM.

Movant, Michael Lewis, appeals from the denial of his Rule 27.26 motion after an evidentiary hearing. Affirmed. Rule 84.-16(b).